

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00159-CV

IN THE INTEREST OF S.W., A CHILD

§   On Appeal from the 360th District Court

§

§   of Tarrant County (360-670381-19)

§

§   November 19, 2020

§

Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that as to Mother's appeal there was no error in the trial court's judgment but that Father's appeal should be dismissed. It is ordered that the trial court's judgment terminating Mother's parental rights is affirmed but that Father's appeal is dismissed for want of jurisdiction.

It is further ordered that Mother shall pay all of the costs of this appeal for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth